**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JASON DURAN**
*#31526*                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:21-CV-00215-BSM**

**FELISHA ROWLAND,** *et al.*                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE